**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Plaintiff(s)            )    07 C 50243
                        )
        v.              )    Case Number: _____
                        )
Defendant(s)            )    Judge _Kapala_
                        )
                        )    F I L E D
                        )

**MOTION FOR APPOINTMENT OF COUNSEL**    DEC 1 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. I, _____, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Bruce F. Reid_
Movant's Signature

_PO Box 15761_
Street Address

_Loves Park, IL 61132_
City/State/Zip

Date: _12/19/07_