APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Bruce L. Reid
(Please print)

STREET ADDRESS: PO Box 15761

CITY/STATE/ZIP: Loves Park, IL 61132

PHONE NUMBER: 815 636 7295

CASE NUMBER: 07 C 50243

FILED
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature: Bruce L. Reid
Date: 12/19/07