## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50243 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Reid vs. Potter | | |

**DOCKET ENTRY TEXT:**

Hearing held on plaintiff's application to proceed in forma pauperis and motion for appointment of counsel and continued to 9:00 a.m. on January 11, 2008.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cv-50243     Document 7     Filed 01/04/2008     Page 1 of 1

07C50243 Reid vs. Potter              Page 1 of 1