## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50243 | **DATE** | 1/11/2008 |
| **CASE TITLE** | Reid vs. Potter | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Plaintiff's application for leave to proceed in forma pauperis [3] is granted in part. Plaintiff shall be required to pay $100.00 of the filing fee by January 25, 2008 and the remainder of the filing fee shall be waived. Plaintiff's motion for appointment of counsel is denied.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | sw |
|---|---|---|