United States District Court

Bruce L. Reid
plaintiff

v.

Joh E. Potter
Postmaster General
US Postal Serive

**FILED**

JAN 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case number 07 C 50243

Motion hearing requested for Plaintiff, Bruce Reid for an extention of the required $100.00 filing fee due by January 25, 2008. Plaintiff has just been informed that his workman's compensation payments may be reinstated by the end of February. He is requesting more time to pay the $100.00 filing fee until March 07, 2008. Request for motion on Feb. 1, 2008 at 9am.