United States District Court
for the Northern District of
Illinois

Bruce L. Reid
plaintiff

v.

John E. Potter,

Motion for
more time to
pay filing fee.

Case# 07C50243

Judge Kapala

Request for a motion for a time extentin. Motion requested for Feb. 1, 2008 at 9 am.

FILED
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT