# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

Bruce Reid
            Plaintiff,

v.                                Case No.: 3:07–cv–50243
                                        Honorable Frederick J. Kapala

John E Potter
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

      MINUTE entry before Judge Frederick J. Kapala : Motion hearing held. Plaintiff has an agent appear on his behalf for health reasons. Plaintiff's motion for extension of time to March 7, 2008 to pay filing fee [9] is granted. Mailed notice(sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.