## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50243 | **DATE** | 3/19/2008 |
| **CASE TITLE** | Reid vs. Potter | | |

**DOCKET ENTRY TEXT:**

Plaintiff has not paid the filing fee as directed. This case is dismissed without prejudice for failure to pay the $100.00 filing fee. Any pending motions are now moot.

*/s/ Frederick J. Kapala*

Docketing to mail notices.
*Copy to judge/magistrate judge.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | sw |
|---|---|---|