# United States District Court
## Northern District of Illinois
### Western Division

Bruce Reid                                       **JUDGMENT IN A CIVIL CASE**

      v.                                  Case Number: 07 C 50243

John E. Potter

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff has not paid the filing fee as directed. This case is dismissed without prejudice for failure to pay the $100.00 filing fee. Any pending motions are now moot.

                                                 Michael W. Dobbins, Clerk of Court

Date: 3/19/2008                             _____
                                                   /s/ Susan Wessman, Deputy Clerk